IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **EUGENE THRASH, JR.,** | ) | CASE NO. **16-62299 - LRC** |
| | ) | |
| Debtor. | ) | |
| | ) | |

### REQUEST TO CONVERT CHAPTER 13 CASE TO ONE UNDER CHAPTER 7

NOW COMES Eugene Thrash, Jr., Debtor, by and through their attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to convert this Chapter 13 case to a case under Chapter 7 and state as follows:

1.

The Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C. on July 14, 2016.

2.

The Debtors have not converted the Chapter 13 case from a case under Chapter 7.

3.

The Debtors desire to convert the pending Chapter 13 case to one under Chapter 7 of the United States Bankruptcy Code.

4.

The Debtors are eligible to convert this Chapter 13 case to a case under Chapter 7.

WHEREFORE, Debtors pray that this Honorable Court convert this Chapter 13 case to a case under Chapter 7.

Respectfully submitted,

This 16th day of August, 2016:

                                              /s/ Evan Durkovic
                                              Evan Durkovic
                                              GA Bar No. 948332
                                              The Semrad Law Firm, LLC
                                              303 Perimeter Center N., Ste. 201
                                              Atlanta, GA 30346
                                              678.668.7160
                                              **Attorney for Debtor**

Case 16-62299-lrc    Doc 14    Filed 08/16/16    Entered 08/16/16 15:29:03    Desc Main
Document      Page 2 of 5

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **EUGENE THRASH, JR.,** | ) | CASE NO. **16-62299 - LRC** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Request to Convert Chapter 13 Case to Relief Under Chapter 7 upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Eugene Thrash, Jr.
5011 Pioneer Parkway
McDonough, GA 30253

U.S. TRUSTEE
362 Richard B. Russell Building
75 Spring Street
Atlanta, GA  30303

*(See attached creditors mailing matrix.)*

I further certify that, by agreement of parties, Adam M. Goodman, standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

This 16th day of August, 2016.

/s/ Evan Durkovic
Evan Durkovic
GA Bar No. 948332
The Semrad Law Firm, LLC
303 Perimeter Center N., Ste. 201
Atlanta, GA 30346
678.668.7160
**Attorney for Debtor**

```
Label Matrix for local noticing         AARON SALES & LEASE IN               AMERICAN CREDIT ACCEPT
113E-1                                  1015 COBB PLACE BLVD NW              961 E MAIN ST
Case 16-62299-lrc                       KENNESAW, GA 30144-3672              SPARTANBURG, SC 29302-2185
Northern District of Georgia
Atlanta
Tue Aug 16 11:37:56 EDT 2016

American Credit Acceptance              Asset Acceptance LLC                 Biggs, Alicia
961 E. Main St. 2nd Floor               P.O. Box 2003                        1249 Donald Lee Hollowell Pkwy Nw
Spartanburg, SC 29302-2185              Warren, MI 48090-2003                Atlanta, GA 30318-6657


Craig Z. Black                          CERASTES, LLC                        Capital One Auto
The Semrad Law Firm, LLC                2001 WESTERN AVENUE, STE 400         Po Box 5253
Sterling Point II                       C O WEINSTEIN, PINSON AND RILEY, PS  Carol Stream, IL 60197-5253
Suite 201                               Seattle, WA 98121-3132
303 Perimeter Center North
Atlanta, GA 30346-3425

City Square Community Association c/o Weinst  Clayton County Child Support   DFACS Fulton County
3405 Piedmont Rd Ne Ste 300             1287 Spur Highway 138                1249 Donald Lee Hollowell Pkwy NW
Atlanta, GA 30305-1764                  Suite 12                             Atlanta, GA 30318-6657
                                        Jonesboro, GA 30236


EOS CCA                                 EXETER FIN                           Emerginet
700 Longwater Drive                     1827 Walden Office Square # 430      235 Peachtree Street NE Ste 2100
Norwell, MA 02061-1624                  Schaumburg, IL 60173-4277            Atlanta, GA 30303-1405


Exeter Finance Corp                     First Premier Bank                   GMAC
P.O. Boxn 201347                        PO Box 5519                          P.O. BOX 380901
Arlington, TX 76006-1347                Sioux Falls, SD 57117-5519           BLOOMINGTON, MN 55438-0901


(p)GEORGIA DEPARTMENT OF REVENUE        Adam M. Goodman                      INTERNAL REVENUE SERVICE
COMPLIANCE DIVISION                     Adam M. Goodman, 13 Trustee          P O BOX 7346
ARCS BANKRUPTCY                         Suite 200                            2970 MARKET STREET
1800 CENTURY BLVD NE SUITE 9100         260 Peachtree Street                 PHILADELPHIA, PA 19104-5002
ATLANTA GA 30345-3202                   Atlanta, GA 30303-1236


Internal Revenue Service - Atl          (p)JEFFERSON CAPITAL SYSTEMS LLC     LVNV FUNDING
401 W PEACHTREE ST, NW, RM 1665         PO BOX 7999                          C/O RESURGENT CAPI PO BOX 10497   MS
c/o MARIA HARRIS                        SAINT CLOUD MN 56302-7999            GREENVILLE, SC 29603-0497
Atlanta, GA 30308


MARKET STREET MORTGAGE                  North American                       Office of the Attorney General-ATL
2650 MCCORMICK DR STE 20                2810 Walker Rd                       40 Capitol Square, SW
CLEARWATER, FL 33759-1005               Chattanooga, TN 37421-1082           Atlanta, GA 30334-9057


PDQ SERVICES                            Premier Bankcard/Charter             SW CRDT SYS
100 CHURCHILL CT                        PO Box 2208                          2629 DICKERSON PK
WOODSTOCK, GA 30188-6827                Vacaville, CA 95696-8208             CARROLLTON, TX 75007-4458
```

Sunset Finance
8 Bullsboro Drive
Newnan, GA 30263-1461

Sunset Finance Co LLC
510 Mountain View Drive Suite 500
Seneca, SC 29672-2145

Eugene Thrash Jr
5011 Pioneer Parkway
Mcdonough, GA 30253-3046

US Attorney's Office-ATL
75 Spring St SW # 1800
Atlanta, GA 30303-3331

West, Timika
1327 Pebble Ridge Ln
Hampton, GA 30228-6121

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Bankruptcy Unit, 1800 Century Blvd. Suit
Atlanta, GA 30345

(d)Georgia Department of Revenue
Compliance Division, ARCS- Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3205

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34